IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MALISA SYVERSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-24-1354-PRW |
| FRANK BISIGNANO, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

On July 17, 2025, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation (Dkt. 18), recommending the Court reverse the Commissioner's final decision with instructions to remand for the Social Security Administration to reconsider its assessment of what Plaintiff can do despite her mental limitations.

Plaintiff was advised that she had a right to object to the Report and Recommendation by July 31, 2025, in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72, and that failure to make a timely objection would waive any right to appellate review of the factual and legal issues addressed in the Report and Recommendation (Dkt. 18). No objections have been filed as of this date. Having failed to object, Plaintiff has accordingly waived her right to appellate review of the factual and legal issues addressed in the Report and Recommendation (Dkt. 18).[1]

---

[1] *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1059–60 (10th Cir. 1996); *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *cf.* 28 U.S.C. § 636(b)(1) (requiring a district judge to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made" but otherwise

Upon review of the Report and Recommendation (Dkt. 18), the Court:

(1) **ADOPTS** in full the Report and Recommendation (Dkt. 18) issued by the Magistrate Judge on July 17, 2025;

(2) **REVERSES** the Commissioner's final decision; and

(3) **REMANDS** the case to the Social Security Administration to reconsider its assessment of what Plaintiff can do despite her mental limitations.

**IT IS SO ORDERED** this 4th day of November 2025.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

---

permitting a district judge to review the report and recommendations under any standard it deems appropriate).